UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RASHEEN CARBIN

        *Plaintiff*,

v.

SOUTHWEST CREDIT SYSTEMS, L.P.,

        *Defendant*.

Civil Action No. _____

## DEFENDANT SOUTHWEST CREDIT SYSTEMS, L.P.'S
## NOTICE OF REMOVAL

Defendant SOUTHWEST CREDIT SYSTEMS, L.P. ("**Defendant**") files this *Notice of Removal* of this action to the United States District Court for the District of Columbia as follows:

1. Plaintiff RASHEEN CARBIN ("**Plaintiff**") filed his *Statement of Claim* on August 23, 2018, in the Superior Court of the District of Columbia.

2. This is a civil action based on Plaintiff's contentions that Defendant has violated the Federal Fair Debt Collections Practices Act, 15 U.S.C. § 1692 *et seq.* (the "**FDCPA**").

3. Removal is proper because this case involves a federal question—alleged violations of the FDCPA. Therefore, the entire suit is removable under 28 U.S.C. §1441(a).

4. Removal is timely pursuant to 28 U.S.C. §1446(b) because Defendant has filed this Notice of Removal within 30 days of receipt of Plaintiff's Original Complaint.

5. Pursuant to 28 U.S.C. §1446(a), copies of all process, pleadings, orders and other papers filed in this action and obtained by Defendant are attached hereto and marked as composite Exhibit A and incorporated herein by reference.

6. A copy of this Notice of Removal has been sent to Plaintiff and will be filed with the clerk of the Superior Court of the District of Columbia.

7. Venue is proper in this district under 28 U.S.C. §1441(a) because the state court where the suit has been pending is located in this district.

8. A jury demand was not made in state court.

For the above reasons, Defendant Southwest Credit Systems, L.P. requests that this Court assume full jurisdiction over the proceeding as provided by law.

DATED: September 6, 2018                              Respectfully submitted,

**SOUTHWEST CREDIT SYSTEMS, L.P.**

By Counsel

_____/s/_____
Paige Levy Smith (#453535)
Sands Anderson PC
1497 Chain Bridge Road, Suite 202
McLean, VA 22101
Telephone: (703) 893-3600
Facsimile: (703) 893-8484
plevysmith@sandsanderson.com
*Counsel for Defendant Southwest Credit Systems, L.P.*

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing document has been forwarded to the following parties via **U.S. Mail,** on this 6th day of September, 2018 to:

Rasheen Carbin
4713 Wisconsin Ave. NW
Washington D.C. 20016
*Pro Se Plaintiff*

By   _____/s/_____
Paige Levy Smith (#453535)

2

SUPERIOR COURT OF
THE DISTRICT OF COLUMBIA

RASHEEN CARBIN

        *Plaintiff,*

v.

SOUTHWEST CREDIT SYSTEMS, L.P.,

        *Defendant.*

No. 2018SC3006960

## DEFENDANT SOUTHWEST CREDIT SYSTEMS, L.P.'S
## NOTICE OF REMOVAL

Defendant SOUTHWEST CREDIT SYSTEMS, L.P. ("**Defendant**") filed the attached Notice of Removal via CM/ECF in the United States District Court for the District of Columbia, removing this case from the Superior Court of the District of Columbia.

DATED: September 6, 2018

Respectfully submitted,

**SOUTHWEST CREDIT SYSTEMS, L.P.**

By Counsel

_____/s/_____
Paige Levy Smith (#453535)
Sands Anderson PC
1497 Chain Bridge Road, Suite 202
McLean, VA  22101
Telephone: (703) 893-3600
Facsimile:  (703) 893-8484
plevysmith@sandsanderson.com
*Counsel for Defendant Southwest Credit Systems, L.P.*


EXHIBIT A

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been forwarded to the following parties via **U.S. Mail,** on this 6th day of September, 2018 to:

> Rasheen Carbin
> 4713 Wisconsin Ave. NW
> Washington D.C. 20016
> *Pro Se Plaintiff*

By     /s/
          Paige Levy Smith (#453535)

3 pgs. L.J.

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
Civil Division - Small Claims and Conciliation Branch
510 4th Street, N.W., Court Building B, Room 120, Washington, D.C. 20001
Telephone Number: (202) 879-1120 Website: www.dccourts.gov

FILED
AUG 23 2018
Clerk
Superior Court
the District of Columbia
Small Claims Branch

Plaintiff(s): Rasheen Carbin

vs.

Defendant(s):
(1) Southwest Credit Systems, L.P.
(2) ___
(3) ___

Address: 4713 Wisconsin Ave. NW Washington D.C. Zip Code 20016
Phone No. (240) 274-2921
No. SC 2018SC3006960

**STATEMENT OF CLAIM**

Southwest Credit Systems, L.P. has violated the FDCPA by misrepresenting a debt I allegedly owe.

DISTRICT OF COLUMBIA, ss: Rasheen Carbin being first duly sworn on oath says the foregoing is a just and true statement of the amount owing by the defendant to plaintiff, exclusive of all set-offs and just grounds of defense.

Plaintiff/Agent (Sign and Print Name): Rasheen Carbin   Rasheen Carbin
Title: ___
Address: 4713 Wisconsin Avenue, NW
City/State/Zip Code: Washington, D.C. 20016
Phone No.: (240) 274-2921

Subscribed and sworn to before me this 23rd day of August (month and year) 2018

Latosha J. ___
Deputy Clerk (Notary Public)

Attorney for Plaintiff (Sign and Print Name): ___
Address: ___   Zip Code: ___
Bar No.: ___   Phone No.: ___

**NOTICE** (All parties must notify the court of any address changes.)

To:
(1) Southwest Credit Systems L.P.
Defendant
Address: ___   Zip Code: ___
☐ Home  ☑ Business

c/o
(2) Jeff A. Hurt
Defendant
Address: 4120 International Pkwy. #1100 Carrollton, TX
Zip Code: 75007
☐ Home  ☑ Business

You are hereby notified that Rasheen Carbin has made a claim and is requesting judgment against you in the sum of three thousand five hundred dollars ($ 3500), as shown by the foregoing statement. The court will hold a hearing upon this claim on September 14, 2018 at 9:00 a.m. in the Small Claims and Conciliation Courtroom 119, Bldg. B, 510 4th Street, N.W.,

SEE REVERSE SIDE FOR COMPLETE INSTRUCTIONS BRING THIS NOTICE WITH YOU AT ALL TIMES

Deputy Clerk
Small Claims and Conciliation Branch

CV-471/Aug 2017

**INSTRUCTIONS TO DEFENDANTS**

**IMPORTANT:** IF YOU FAIL TO APEAR AT THE TIME STATED OR AT ANY OTHER TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY, DAMAGES OR OTHER RELIEF DEMANDED IN THE STATEMENT OF CLAIM. IF THIS OCCURS, YOUR WAGES OR BANK ACCOUNT MAY BE ATTACHED OR WITHHELD OR ANY PERSONAL PROPERTY OWNED BY YOU MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. **DO NOT FAIL TO APPEAR AT THE REQUIRED TIME.**

Before any case goes to trial in the Small Claims and Conciliation Branch, a trained mediator will meet with all parties to see if a settlement can be worked out. If all parties are present when your case is called, you and the plaintiff will be able to see a mediator and hopefully settle your dispute without having to go to trial.

You may come with or without a lawyer. The Statement of Claim indicates whether the plaintiff has a lawyer. If the plaintiff does have a lawyer and you wish to dispute the claim, it would be in your best interest to have your own lawyer.

If you wish to have legal advice and feel that you cannot afford to pay a fee to a lawyer, you may contact the Neighborhood Legal Services at (202)269-5100 or The DC Law Students in Court Program at (202) 638-4798 or Legal Counsel for the Elderly at (202) 434-2170 or the Legal Aid Society at (202) 628-1161 or if you need further help come to Building B, 510 4th Street, N.W., Room 120, for more information concerning places where you may ask for such help. You may also consult the D.C. Bar Website at: www.lawhelp.org/dc. Act Promptly.

If it is impossible for you to appear on the date of trial, attempt to contact the Plaintiff to arrange a new date. If parties agree on a date, notify the clerk of the Small Claims Branch of this court in person or by phone of the new date. If parties cannot agree, you may contact the clerk who will inform you regarding procedures. If you do not appear on the new date, a judgment may be entered against you.

Whenever corresponding with the Small Claims clerk's office by mail, please include your case number and your date to appear in court.

You are given the following additional instructions in the event that you intend to appear without a lawyer.

If you have witnesses, books, receipts, or other writings bearing on this claim, you should bring them with you at the time of the hearing.

If you wish to have witnesses summoned, see the clerk at once for assistance.

If you admit the claim but desire additional time to pay, you must come to the hearing in person and state the circumstances to the Court.

**PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPAÑOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, EDIFICIO B, 510 4TH STREET N.W., SALA 120.**

**YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C. BUILDING B, 510 4TH STREET N.W., ROOM 120.**



SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION
SMALL CLAIMS AND CONCILIATION BRANCH
INFORMATION SHEET

Rasheen Carbin
Plaintiff

vs

Southwest Credit Systems, L.P.
Defendant

Case No: 2018SC3006960

Date: 8/23/18

---

Name: (please print) Rasheen Carbin

Firm Name, if applicable

Telephone No: (240)274-2921

6 Digit Unified Bar No. ☐ Other:

Relationship to Lawsuit
☐ Attorney for Plaintiff
☒ Self (Pro Se)

Do you need an interpreter for your case? ☐ Yes ☒ No  If yes, what type:

AMOUNT IN CONTROVERSY: ☐ $1 - $500   ☐ $500.01 - $2,500   ☒ $2,500.01 - $10,000

PENDING CASE(S) RELATED TO THE ACTION BEING FILED:
Case No: _____   Case No: _____

NATURE OF SUIT: (Check Appropriate Box(s))

A. CONTRACTS – a claim based on an agreement between parties made either orally or in writing
☒ Debt Suit        ☐ Breach of Warranty         ☐ Negotiable Instrument
☐ Personal Property ☐ Loan                      ☐ Rent Due
☐ Unpaid Wages     ☐ Services Rendered          ☐ Security Deposit
☐ Breach of Contract ☐ Home Improvement Contract ☐ Oral

B. PROPERTY TORTS – a claim for an injury or wrong committed on the property of another
☐ Automobile      ☐ Conversion               ☐ Shop Lifting
☐ Property Damage ☐ Destruction of Property  ☐ Trespass

C. PERSONAL TORT – a claim for an injury or wrong committed on the person of another
☐ Assault and Battery ☐ False Witness           ☐ Libel and Slander
☐ Automobile         ☐ Personal Injury         ☐ Negligence
☐ Harassment         ☐ Fraudulent Misrepresentation ☐ Slip and Fall

D. ☐ UNIFORM ARBITRATION ACT – an action based on an arbitration agreement

G. ☐ SUBROGATION – a claim filed by one person in the place of another

E. ☐ FOREIGN JUDGMENT- a judgment, decree or order filed from another jurisdiction

H. ☐ COLLECTION- a claim filed by a seller or lender to collect a consumer debt

F. ☐ MEDICAL MALPRACTICE – a claim against a healthcare provider for professional misconduct
Have you given notice of intention to file your lawsuit 90 days prior to filing? ☐ Yes ☐ No